USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/9/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x

HAROLD JAY LEFKOWITZ, individually and as
Representative of a Class of similarly situated individuals, and
on behalf of the LIU Retirement Account, the NYU
Retirement Plan, the Continuum Health Partners, Inc. Plan,
The Cabrini Medical Center Plan, the Saint Barnabas Medical
Center TDA Plan, the Mobilization for Youth Plan, the Yeshiva
University Plan, and similar Plans managed by TIAA,

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL WITH**
**PREJUDICE**
**PURSUANT TO**
**F.R.CP. 41(a)(1)(A)(i)**

                              Plaintiffs,

v.

TEACHERS INSURANCE AND ANNUITY ASSOCIATION
(TIAA), the Retirement Plan Committee as administrator of the
Long Island University Pension Plan, New York University as
Administrator of the NYU Retirement plan, Beth Israel Medical
Center as administrator of the Continuum Health Partners Inc.
Plan, Administrator of Saint Barnabas Medical Center TDA Plan,
and the administrator of successors to Mobilization for Youth
and Cabrini Medical Center Plan,

Docket No.
1:16 cv 01932
(VEC)(RLE)

                              Defendants.

--------------------------------------------------------------------------------x

<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO</u>
<u>F.R.C.P. 41(A)(1)(A)(i)</u>

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

Harold Jay Lefkowitz and his counsel, hereby give notice that the above-captioned action is

voluntarily dismissed, **with prejudice** against the defendant **TEACHERS INSURANCE AND**

**ANNUITY ASSOCIATION (TIAA).**

Dated:  September 7, 2016

_____
TOBY GOLICK
Attorney for Plaintiff
55 Fifth Avenue,. 11th floor
New York, New York 10003
212-790-0244 (telephone)
212-790-0256 (fax)
tgolick@yu.edu

SO ORDERED.

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 9/9/2016